1  JEFFREY T. HAMMERSCHMIDT, #131113
   ATTORNEY AT LAW
2  1327 "N" STREET
   FRESNO, CALIFORNIA 93721
3  TEL: (559) 233-5151
   FAX: (559) 266-9403
4  Attorney for Defendant, ANNA BARRIENTE

**LODGED**
FEB 06 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**FILED**
FEB 10 2006
CLERK, U.S. DIST. 'ICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 105-CR-00479 OWW |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| ANNA BARRIENTE | |
| Defendant. | |

I, ANNA BARRIENTE, defendant, hereby substitutes as my attorney of record, in the above captioned matter, Jeffrey T. Hammerschmidt, #131113, Address: 1327 "N" Street; Fresno, California, 93721; Telephone: (559) 233-5151; Facsimile: (559) 266-9403, in place of and stead of Eric V. Kersten of the Office of the Federal Defender.

DATED:_____

_____
ANNA BARRIENTE

I consent to the above substitution.

DATED: 2/6/06

DENNIS S. WAKS
Acting Federal Defender

_____
ERIC V. KERSTEN

I ACCEPT to the above substitution.
DATED: 2-6-06

_____
JEFFREY T. HAMMERSCHMIDT

Page 1 of 2

## ORDER

Substitution of Attorney is hereby approved.

Dated: 2-9-06 _____
U.S. DISTRICT JUDGE/MAGISTRATE